# Explanatory Report
## July 2015

Modifications have been made to clarify that new Rules 182 and 1182 were not intended to be drafted as a prospective requirement but a requirement applying to **all** masters, including current masters.  To accommodate any confusion caused by these rules, the new rules are now effective August 1, 2017.